# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| EUGENE DAVIS, | NO. 3:17-CV-00968 |
|---|---|
| Petitioner, | |
| v. | (JUDGE CAPUTO) |
| WARDEN SPAULDING, | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondent. | |

## ORDER

**NOW**, this 17th day of June, 2019, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 25), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation is **ADOPTED**.

(2) Petitioner Eugene Davis's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

(3) The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge